### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE) : <br> : <br> and : <br> : <br> KENNETH D. COURTRIGHT, III, : <br> : <br> Defendants. : <br>_____: <br> : <br> MELANIE E. DAMIAN, AS RECEIVER OF : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE), : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ASHER MILGROM, DANIEL GIORDANO, : <br> DANIEL MEYER, and JDS CONSULTING : <br> GROUP LLC, : <br> : <br> Defendant. : <br>_____: | Civil Action No. 1:19-cv-08454 <br> (filed in the United States District <br> Court, Northern District of Illinois) <br><br><br><br><br><br><br><br><br> Ancillary Case No. 20-cv-06546 |

### PROOF OF SERVICE

Proof of Service of Joseph Valentine, Process Server from Seagull Legal Services, Inc. whereby service of the Summons and Complaint in the above matter was served upon Defendant Daniel Meyer on January 4, 2021 is attached hereto as Exhibit "A."

{02064552;v1 }

SEMANOFF ORMSBY
GREENBERG & TORCHIA, LLC

By: */s/ Stephen C. Goldblum*
STEPHEN C. GOLDBLUM, ESQ.
PA Bar No. 83927
2617 Huntingdon Pike
Huntingdon Valley, PA  19006
(215) 887-0200
sgoldblum@sogtlaw.com

and

*/s/ Kenneth Dante Murena*

Kenneth Dante Murena, Esq.
Florida Bar No. 147486
kmurena@dvllp.com
Christine M. Dimitriou, Esq.
Florida Bar No. 99381
cdimitriou@dvllp.com
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone:  (305) 371-3960
Facsimile:  (305) 371-3965
*Pro Hac Vice Applications Pending*

*Counsel for Melanie E. Damian,
Court-Appointed Receiver*

# EXHIBIT "A"

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-6546

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Daniel C Meyer__

was received by me on *(date)* __1/4/2021__.

☒ I personally served the summons on the individual at *(place)* __660 Collingwood Terrace, Glenmoore, PA 19343 at 9:25am__ on *(date)* __1/5/2021__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __1/6/2021__

*Server's signature*

__Joseph Valentine - Process Server__
*Printed name and title*

Seagull Legal Services Inc.
PO Box 1706
Southampton, PA 18966
*Server's address*

Additional information regarding attempted service, etc: