**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:19-cv-08454 |
| : | (filed in the United States District |
| TODAY'S GROWTH CONSULTANT, INC. : | Court, Northern District of Illinois) |
| (dba THE INCOME STORE) : | |
| : | |
| and : | |
| : | |
| KENNETH D. COURTRIGHT, III, : | |
| : | |
| Defendants. : | |
| _____: | |
| MELANIE E. DAMIAN, AS RECEIVER OF : | Ancillary Case No.  20-cv-06546 |
| TODAY'S GROWTH CONSULTANT, INC. : | |
| (dba THE INCOME STORE), : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| ASHER MILGROM, DANIEL GIORDANO, : | |
| DANIEL MEYER, and JDS CONSULTING : | |
| GROUP LLC, : | |
| : | |
| Defendant. : | |
| _____: | |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT DANIEL MEYER**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff, Melanie E. Damian, as

Receiver of Today's Growth Consultant, Inc., hereby requests the entry of a default against

Defendant, Daniel Meyer, and in support thereof states as follows:

On December 30, 2020, Plaintiff filed the subject Complaint, commencing this action

against several defendants, including Daniel Meyer ("Defendant"), asserting, among other

things, claims to avoid and recover fraudulent transfers pursuant to Section 5(a)(1) and 5(a)(2) of the Illinois Fraudulent Transfer Act and of unjust enrichment.

On January 4, 2021, Defendant was personally and individually served with a copy of the Summons and Complaint. On January 7, 2021, Plaintiff filed proof of personal and individual service on the Defendant. *See* ECF No. 2. As such, the Defendant's response to the Complaint was due on January 24, 2021.

To date, Defendant has not filed a response to the Complaint and has not sought an extension of time to do so. Moreover, Defendant has not contacted the undersigned and counsel has not made an appearance on his behalf.

The Clerk must enter a default when a Defendant "against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend," as has been shown above. *See* Fed. R. Civ. P. 55(a).

WHEREFORE, Plaintiff respectfully request the entry of the attached proposed clerk's default against Defendant, Daniel Meyer, in accordance with Federal Rule of Civil Procedure 55(a).

Respectfully Submitted,

SEMANOFF ORMSBY
GREENBERG & TORCHIA, LLC


*/s/ Stephen C. Goldblum*
STEPHEN C. GOLDBLUM, ESQ.
2617 Huntingdon Pike
Huntingdon Valley, PA 19006
(215) 887-0200
sgoldblum@sogtlaw.com

*Co-Counsel for Plaintiff Melanie E. Damian,*
*as Court-Appointed Receiver*
and

DAMIAN & VALORI LLP

*/s/ Kenneth Dante Murena*
Kenneth Dante Murena
Florida Bar No. 147486
Kmurena@dvllp.com
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

*Co-Counsel for Plaintiff Melanie E. Damian,*
*as Court-Appointed Receiver*

*Pro Hac Vice Application Pending*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SECURITIES AND EXCHANGE COMMISSION, :
                                     :

            Plaintiff,       :

                                       :

           v.            :

                                       :      Civil Action No. 1:19-cv-08454

TODAY'S GROWTH CONSULTANT, INC.   :      (filed in the United States District
(dba THE INCOME STORE)            :      Court, Northern District of Illinois)

and                                     :

KENNETH D. COURTRIGHT, III,     :

                                       :

            Defendants.     :

_____:

MELANIE E. DAMIAN, AS RECEIVER OF  :      Ancillary Case No.  20-cv-06546
TODAY'S GROWTH CONSULTANT, INC.   :
(dba THE INCOME STORE),         :

                                       :

           Plaintiff,       :

                                       :

           v.            :

                                       :

ASHER MILGROM, DANIEL GIORDANO,   :
DANIEL MEYER, and JDS CONSULTING   :
GROUP LLC,                        :

                                       :

           Defendant.      :

_____:

## *[PROPOSED]* CLERK'S DEFAULT

It appears that Defendant, Daniel Meyer, is in default for failure to appear, answer or

otherwise respond to the Complaint filed in the above-captioned case within the time required by

law. Pursuant to Federal Rule of Civil Procedure 55(a), a default is hereby entered against

Defendant Daniel Meyer on this _____ day of _____, 2021.

CLERK OF THE COURT

By:_____

Copies Furnished To:
Parties of Record

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | | |
| : | | |
| Plaintiff, : | | |
| : | | |
| v. : | | |
| : | Civil Action No. 1:19-cv-08454 | |
| TODAY'S GROWTH CONSULTANT, INC. : | (filed in the United States District | |
| (dba THE INCOME STORE) : | Court, Northern District of Illinois) | |
| : | | |
| and : | | |
| : | | |
| KENNETH D. COURTRIGHT, III, : | | |
| : | | |
| Defendants. : | | |
| : | | |
| MELANIE E. DAMIAN, AS RECEIVER OF : | Ancillary Case No. 20-cv-06546 | |
| TODAY'S GROWTH CONSULTANT, INC. : | | |
| (dba THE INCOME STORE), : | | |
| : | | |
| Plaintiff, : | | |
| : | | |
| v. : | | |
| : | | |
| ASHER MILGROM, DANIEL GIORDANO, : | | |
| DANIEL MEYER, and JDS CONSULTING : | | |
| GROUP LLC, : | | |
| : | | |
| Defendant. : | | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a true and correct copy of the foregoing

was served by mail, email, and/or CM/ECF on the following Defendants:

> Asher Milgrom
> 33 Laurelwood
> Irvine, CA 92620
> via Regular Mail

Steve McGiff
mcgiff@mcgiffhalverson.com
96 South Ocean Ave.
Patchogue, NY 11772
(631)-730-8686
via email
*Attorney for Daniel Giordano*

Daniel Meyer
660 Collingwood Ter.
Glenmoore, PA 1934
via Regular and Certified Mail

JDS Consulting Group, LLC
C/o Joseph Sweeney
1215 Vilas Ave.
Madison, WI 53715
via Regular Mail

  */s/ Stephen C. Goldblum*
  STEPHEN C. GOLDBLUM

DATE:  February 25, 2021