# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANIE E. DAMIAN, :<br>AS RECEIVER OF TODAY'S GROWTH :<br>CONSULTANT, INC., :<br>    d/b/a :<br>THE INCOME STORE, :<br>          Plaintiff, :<br>                      :<br>      v. :<br>                      :<br>ASHER MILGROM, *et al.,* :<br>          Defendants. : | Civil No. 5:20-cv-06546-JMG |

**ORDER**

**AND NOW**, this 26th day of February, 2021, **IT IS HEREBY ORDERED THAT** the application of, <u>Kenneth Dante Murena</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☒    Granted

☐    Denied

                                                      BY THE COURT:

                                                      */s/ John M. Gallagher*
                                                      JOHN M. GALLAGHER
                                                      United States District Court Judge