IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TODAY'S GROWTH CONSULTANT, INC.<br>(dba THE INCOME STORE)<br><br>and<br><br>KENNETH D. COURTRIGHT, III,<br><br>Defendants. | Civil Action No. 1:19-cv-08454<br>(filed in the United States District<br>Court, Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF<br>TODAY'S GROWTH CONSULTANT, INC.<br>(dba THE INCOME STORE),<br><br>Plaintiff,<br><br>v.<br><br>ASHER MILGROM, DANIEL GIORDANO,<br>DANIEL MEYER, and JDS CONSULTING<br>GROUP LLC,<br><br>Defendant. | Ancillary Case No. 20-cv-06546 |

## AFFIDAVIT OF SERVICE

I, Stephen C. Goldblum, Esquire, do hereby swear that I served a true and correct copy of Plaintiff's Complaint and Summons upon Defendant, Asher Milgrom, 33 Laurelwood, Irvine, CA 92620, by First-Class Mail and Certified Mail, Return Receipt Requested, No. 7015 0640 0001 2182 5486, in accordance with Federal Rule of Civil Procedure 4(l). A copy of the return

{02111785;v1 }

receipt card evidencing service on January 22, 2021 is attached hereto as **"Exhibit A."**

                                                     _____
                                                     STEPHEN C. GOLDBLUM, ESQUIRE

Sworn to and subscribed
before me this 9th day of
March, 2021.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
KATHY A. GENNETT, Notary Public
Montgomery County
My Commission Expires February 24, 2023
Commission Number 1057363

{02111785;v1}                                           2

# EXHIBIT "A"

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To *Asher Milgrom*
Street and Apt. No., or PO Box No. *33 Laurelwood*
City, State, ZIP+4® *Irvine, CA 92620*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0001 2182 5486

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
*Asher Milgrom*
*33 Laurelwood*
*Irvine, CA 92620*

9590 9402 4663 8323 1738 75

2. Article Number *(Transfer from service label)*
7015 0640 0001 2182 5486

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
*A Milgrom*                        1/22/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1st NOTICE  JAN 22
2nd NOTICE  JAN 27 2021
RETURNED    IRVINE CA UNIT 255

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt