UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>    v.<br><br>TODAY'S GROWTH CONSULTANT, INC.<br>(dba THE INCOME STORE)<br><br>and<br><br>KENNETH D. COURTRIGHT, III,<br><br>     Defendants. | Civil Action No. 1:19-cv-08454 |
| MELANIE E. DAMIAN, AS RECEIVER OF<br>TODAY'S GROWTH CONSULTANT, INC.<br>(dba THE INCOME STORE),<br><br>   Plaintiff,<br>v.<br><br>ASHER MILGROM, DANIEL GIORDANO,<br>DANIEL MEYER, and JDS CONSULTING GROUP<br>LLC,<br><br>   Defendants. | Ancillary Case No. 20-cv-06546 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to FRCP 41, Melanie E. Damian, as Receiver of Today's Growth Consultant, Inc. (dba The Income Store), hereby voluntarily dismisses the Defendant Asher Milgrom from the above-captioned matter.

Respectfully submitted this 16th day of March, 2021.

        Respectfully Submitted,

        DAMIAN & VALORI LLP

        <u>/s/ Stephen C. Goldblum</u>
        Stephen C. Goldblum, Esq.
        PA Bar No. 83927
        SEMANOFF ORMSBY
        GREENBERG & TORCHA, LLC
        2617 Huntingdon Pike
        Huntingdon Valley, PA 19006
        Telephone: (215) 887-0200
        Email: sgoldblum@sogtlaw.com
        *Counsel for Plaintiff Melanie E. Damian*

        <u>/s/ Kenneth Dante Murena</u>
        Kenneth Dante Murena
        Florida Bar No. 147486
        Kmurena@dvllp.com
        1000 Brickell Avenue, Suite 1020
        Miami, Florida 33131
        Telephone: (305) 371-3960
        Facsimile: (305) 371-3965
        *Counsel for Plaintiff Melanie E. Damian*
        *(Admitted Pro Hac Vice)*

## **CERTIFICATE OF SERVICE**

        I hereby certify that on March 16, 2021, a true and correct copy of the foregoing was served by mail, email, and/or CM/ECF on the following Defendants:

Asher Milgrom
33 Laurelwood
Irvine, CA 90

Steve McGiff
mcgiff@mcgiffhalverson.com
96 South Ocean Ave.
Patchogue, NY 11772
(631)-730-8686
*Attorney for Daniel Giordano*

Daniel Meyer
660 Collingwood Ter.
Glenmoore, PA 1934

JDS Consulting Group, LLC
C/o Joseph Sweeney
1215 Vilas Ave.
Madison, WI 53715

                                                                                  /s// *Stephen C. Goldblum*
                                                                                   Stephen C. Goldblum, Esq.
                                                                                   *Counsel for Plaintiff Melanie E. Damian*