IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANIE E. DAMIAN, : <br> AS RECEIVER OF TODAY'S GROWTH : <br> CONSULTANT, INC., : <br>    d/b/a : <br> THE INCOME STORE, : <br>           Plaintiff, : <br> : <br> v. : <br> : <br> ASHER MILGROM, *et al.,* : <br>           Defendants. : | Civil No. 5:20-cv-06546-JMG |

**ORDER**

**AND NOW**, this 17th day of March, 2021, upon consideration of Plaintiff's Motion for Extension of Time to Comply (ECF No. 11), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff may request default judgment against Defendant Daniel Giordano no later than **March 23, 2021**, after which time the Court may enter an order dismissing the Complaint against Defendant Giordano for lack of prosecution.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge