UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE) <br><br> and <br><br> KENNETH D. COURTRIGHT, III, <br><br> Defendants. | Civil Action No. 1:19-cv-08454 <br> (filed in the United States District Court, Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE), <br><br> Plaintiff, <br><br> v. <br><br> ASHER MILGROM, DANIEL GIORDANO, DANIEL MEYER, and JDS CONSULTING GROUP LLC, <br><br> Defendant. | Ancillary Case No. 20-cv-06546 |

**NOTICE OF VOLUNTARY DISMISSAL OF
<u>DEFENDANT DANIEL GIORDANO WITHOUT PREJUDICE</u>**

Pursuant to FRCP 41, Melanie E. Damian, as Receiver of Today's Growth Consultant, Inc. (dba The Income Store), hereby voluntarily dismisses the Defendant Daniel Giordano from the above-captioned matter without prejudice.

Respectfully submitted this 23rd day of March, 2021.

{02127547;v1 }

Respectfully Submitted,

DAMIAN & VALORI LLP

/s/ Kenneth Dante Murena
Kenneth Dante Murena
Florida Bar No. 147486
Kmurena@dvllp.com
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*Counsel for Plaintiff Melanie E. Damian,
as Court-Appointed Receiver (Admitted Pro Hac Vice)*

SEMANOFF ORMSBY
GREENBERG & TORCHIA, LLC


/s/ Stephen C. Goldblum
Stephen C. Goldblum, Esq.
PA Bar No. 83927
2617 Huntingdon Pike
Huntingdon Valley, PA 19006
Telephone: (215) 887-0200
Email: sgoldblum@sogtlaw.com
*Counsel for Plaintiff Melanie E. Damian*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TODAY'S GROWTH CONSULTANT, INC.<br>(dba THE INCOME STORE)<br><br>and<br><br>KENNETH D. COURTRIGHT, III,<br><br>Defendants. | Civil Action No. 1:19-cv-08454<br>(filed in the United States District<br>Court, Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF<br>TODAY'S GROWTH CONSULTANT, INC.<br>(dba THE INCOME STORE),<br><br>Plaintiff,<br><br>v.<br><br>ASHER MILGROM, DANIEL GIORDANO,<br>DANIEL MEYER, and JDS CONSULTING<br>GROUP LLC,<br><br>Defendant. | Ancillary Case No. 20-cv-06546 |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2021, a true and correct copy of the foregoing was served by mail, email, and/or CM/ECF on the following Defendants:

Asher Milgrom
33 Laurelwood
Irvine, CA 92620

{02127547;v1 }

Steve McGiff, Esquire
mcgiff@mcgiffhalverson.com
96 South Ocean Ave.
Patchogue, NY 11772
*Attorney for Daniel Giordano*

Daniel Meyer
660 Collingwood Ter.
Glenmoore, PA 1934

JDS Consulting Group, LLC
c/o Joseph Sweeney
1215 Vilas Ave.
Madison, WI 53715

                                      SEMANOFF ORMSBY
                                     GREENBERG & TORCHIA, LLC

BY:   /s/ *Stephen C. Goldblum*
          Stephen C. Goldblum