IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action No. 1:19-cv-08454 (filed in the United States District Court, Northern District of Illinois) |
| TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE) | |
| and | |
| KENNETH D. COURTRIGHT, III, | |
| Defendants. | |
| MELANIE E. DAMIAN, AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE), | Ancillary Case No. 20-cv-06546 |
| Plaintiff, | |
| v. | |
| ASHER MILGROM, DANIEL GIORDANO, DANIEL MEYER, and JDS CONSULTING GROUP LLC, | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE**

AND NOW, this __31st__ day of __March__, 2021, upon consideration of Plaintiff Melanie E. Damian's, as Receiver of Today's Growth Consultant, Inc. (dba the Income Store) (the "Receiver") Motion for Substitute Service (the "Motion"), .and finding that cause exists to grant the Motion, it is hereby ORDERED as follows:

1. The Motion is GRANTED; and .

{02131841;v1 }

2. The Receiver may serve Defendant JDS Consulting Group LLC through a combination of (a) publication of the Summons and Complaint as a class 3 notice under Wis. Stat. § 985.07; and (b) sending the Summons and Complaint by U.S. Mail to Defendant's registered agent's address at 1215 Vilas Avenue, Madison, WI 53715

/s/ John M. Gallagher
JOHN M. GALLAGHER, U.S.D.J