IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANIE E. DAMIAN, AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC., d/b/a THE INCOME STORE, <br> Plaintiff, <br><br> v. <br><br> DANIEL MEYER, <br> Defendant. | : <br> : <br> : <br> : Civil No. 5:20-cv-06546-JMG <br> : <br> : <br> : <br> : <br> : |

**DEFAULT JUDGMENT NOTICE**
10 Day Notice – Failure of Plaintiff to Move for Entry of
Default Judgment Following Entry of Default

TO:   Plaintiff

A review of the Court's records indicates that Defendant has failed to timely respond to the Complaint.  A further review of the Court's records indicates that Plaintiff filed a request for entry of default against Defendant, Daniel Meyer, and on February 26, 2021, the Clerk of Court entered default for failure to plead or otherwise defend.  However, Plaintiff has not moved for entry of a default judgment.

If Plaintiff fails to move for entry of a default judgment against Defendant pursuant to Federal Rule of Civil Procedure 55(b) within ten (10) days of the date of this Notice, the Court may enter an Order dismissing the Complaint for lack of prosecution.

KATE BARKMAN, Clerk of Court

By: */s/ Brian R. Dixon*
   Brian R. Dixon, Civil Deputy Clerk
   For Judge John M. Gallagher

Date of Notice:  April 6, 2021