IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE) : <br> : <br> and : <br> : <br> KENNETH D. COURTRIGHT, III, : <br> : <br> Defendants. : | Civil Action No. 1:19-cv-08454 <br> (filed in the United States District <br> Court, Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE), : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ASHER MILGROM, DANIEL GIORDANO, : <br> DANIEL MEYER, and JDS CONSULTING : <br> GROUP LLC, : <br> : <br> Defendant. : | Ancillary Case No. 20-cv-06546 |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S
DEFAULT JUDGMENT NOTICE DATED APRIL 6, 2021**

AND NOW, this _____ day of _____, 2021, upon consideration of Plaintiff Melanie E. Damian's, as Receiver of Today's Growth Consultant, Inc. (dba the Income Store) (the "Receiver") Unopposed Motion for Extension of Time to Comply with Court's

Default Judgment Notice Dated April 6, 2021 [ECF No. 17] (the "Motion"), it is hereby ORDERED as follows:

1. The Motion is **GRANTED**; and

2. The Receiver shall have through and including April 26, 2021 to comply with this Court's Default Judgment Notice dated April 6, 2021 [ECF No. 17].

_____<br>
JOHN M. GALLAGHER, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TODAY'S GROWTH CONSULTANT, INC.<br>(dba THE INCOME STORE)<br><br>and<br><br>KENNETH D. COURTRIGHT, III,<br><br>Defendants. | Civil Action No. 1:19-cv-08454<br>(filed in the United States District<br>Court, Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF<br>TODAY'S GROWTH CONSULTANT, INC.<br>(dba THE INCOME STORE),<br><br>Plaintiff,<br><br>v.<br><br>ASHER MILGROM, DANIEL GIORDANO,<br>DANIEL MEYER, and JDS CONSULTING<br>GROUP LLC,<br><br>Defendant. | Ancillary Case No. 20-cv-06546 |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S DEFAULT JUDGMENT NOTICE DATED APRIL 6, 2021

Plaintiff Melanie E. Damian, as Receiver of Today's Growth Consultant, Inc. (dba the Income Store) (the "Receiver" or "Plaintiff") hereby files this Unopposed Motion for Extension of Time to Comply with Court's Default Judgment Notice Dated April 6, 2021 [ECF No. 17], and in support thereof states as follows:

{02153037;v1 }

1. On December 30, 2020, the Receiver filed a Complaint against Defendant Daniel Meyer ("Defendant") and other Defendants. *See* ECF No. 1. The Complaint alleges that the Defendant was employed by Today's Growth Consultant, Inc. (dba the Income Store) ("TGC") as a Chief Strategy Officer and Partner Relations Director from 2012 to 2019 and that the Defendant was an insider of TGC and received substantial amounts of funds from TGC without providing value to TGC in exchange for those funds. *See id.* As such, the Complaint alleges, among other things, that the Receiver, pursuant to Section 5(a)(1) of the Illinois Uniform Fraudulent Transfer Act, 740 ILCS Sec. 160/5(a)(1), may avoid and recover the transfers made to the Defendant. *See id.*

2. On January 4, 2021, Defendant was personally and individually served with a copy of the Summons and Complaint. On January 7, 2021, Plaintiff filed proof of personal and individual service on the Defendant. *See* ECF No. 2. As such, the Defendant's response to the Complaint was due on January 24, 2021. Defendant did not file a response to the Complaint.

3. On February 25, 2021, Plaintiff filed a Request for Clerk's Entry of Default Against Defendant. *See* ECF No. 3. On February 26, 2021, the Clerk of Court entered default for failure to plead or otherwise defend. *See* ECF No. 17.

4. On April 6, 2021, this Court entered a Default Judgment Notice observing that Plaintiff filed a request for entry of default against Defendant and has not yet moved for entry of a default judgment. *See* ECF No. 17. The Court's Notice directed Plaintiff to move for entry of a default judgment against Defendant by April 16, 2021 or the Court may enter an Order dismissing the Complaint for lack of prosecution. *See id.*

{02153037;v1 }

5. Since then, the undersigned counsel has engaged with the Defendant[1] in an attempt to negotiate a settlement of the Receiver's claims against him based on certain representations he has made regarding his role and responsibilities at TGC and the services he provided in exchange for the transfers the Receiver is seeking to recover from him. As such, to provide additional time for the undersigned to discuss these matters with Defendant, who has indicated that he will proceed *pro se*, the Receiver would request a brief, ten (10) day extension of time through and including April 26, 2021 to complete those discussions, determine whether to seek a default final judgment against Defendant or a dismissal of the Receiver's claims against him, and comply with the requirements of this Court's Default Judgment Notice dated April 6, 2021 [ECF No. 17].

6. Pursuant to Federal Rule of Civil Procedure 6(b), the Court may extend the time for an act to be done within a specified time for good cause if a request is made before the original time expires. Fed. R. Civ. P. 6(b).

7. The Receiver believes there is good cause for this Court to extend the deadline by ten (10) days and the Defendant does not object to the relief sought herein.

8. The Receiver's request for this brief extension of time is made in good faith and will not prejudice any party to this proceeding.

WHEREFORE, the Receiver respectfully requests that this Court enter an Order granting (i) the instant Unopposed Motion and extending the deadline for the Receiver to comply with this Court's Default Judgment Notice dated April 6, 2021 by ten (10) days through and including April 26, 2021, and (ii) such further relief as this Court deems just and proper.

---

[1] Defendant is not currently represented by counsel.

{02153037;v1 }

## CERTIFICATION OF CONFERENCE

The undersigned counsel certifies that prior to filing this Motion he conferred with Defendant and Defendant does not object to the relief sought herein.

        Respectfully submitted,

        /s/ Kenneth Dante Murena
        Kenneth Dante Murena, Esq.
        Florida Bar No. 147486
        DAMIAN & VALORI LLP
        1000 Brickell Avenue, Suite 1020
        Miami, Florida 33131
        Telephone: (305) 371-3960
        Facsimile: (305) 371-3965
        Email: kmurena@dvllp.com
        *Counsel for Melanie E. Damian, as Receiver*
        *(Admitted pro-hac vice)*

        /s/ Stephen C. Goldblum
        Stephen C. Goldblum, Esq.
        SEMANOFF ORMSBY
        GREENBERG & TORCHIA, LLC
        2617 Huntingdon Pike
        Huntingdon Valley, PA 19006
        Telephone: (215) 887-0200
        Email: sgoldblum@sogtlaw.com
        *Counsel for Melanie E. Damian, as Receiver*

Case 5:20-cv-06546-JMG   Document 18   Filed 04/16/21   Page 7 of 7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on April 16, 2021 on all counsel or parties who have appeared in the above-styled action; and upon Defendant Daniel Meyer via email at dhmeyer34@gmail.com.

/s/ Kenneth Dante Murena
Kenneth Dante Murena,
*Counsel for Melanie E. Damian, as Receiver*
*(Admitted pro-hac vice)*

{02153037;v1 }