## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Civil Action No. 1:19-cv-08454 |
| TODAY'S GROWTH CONSULTANT, INC. : | (filed in the United States District |
| (dba THE INCOME STORE) : | Court, Northern District of Illinois) |
| : | |
| and : | |
| : | |
| KENNETH D. COURTRIGHT, III, : | |
| : | |
| Defendants. : | |
| : | |
| : | |
| MELANIE E. DAMIAN, AS RECEIVER OF : | Ancillary Case No.  20-cv-06546 |
| TODAY'S GROWTH CONSULTANT, INC. : | |
| (dba THE INCOME STORE), : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| ASHER MILGROM, DANIEL GIORDANO, : | |
| DANIEL MEYER, and JDS CONSULTING : | |
| GROUP LLC, : | |
| : | |
| Defendant. : | |
| : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Melanie E. Damian, as Receiver of Today's Growth Consultant, Inc. (dba The Income Store), hereby voluntarily dismisses Defendant Daniel Meyer from the above-captioned matter, without prejudice.

Respectfully submitted this 26th day of April, 2021.

{02159763;v2 }

/s/ Kenneth Dante Murena
Kenneth Dante Murena, Esq.
Florida Bar No. 147486
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
Email: kmurena@dvllp.com
*Counsel for Melanie E. Damian, as Receiver*
*(Admitted pro-hac vice)*

/s/ Stephen C. Goldblum
Stephen C. Goldblum, Esq.
SEMANOFF ORMSBY
GREENBERG & TORCHIA, LLC
2617 Huntingdon Pike
Huntingdon Valley, PA 19006
Telephone: (215) 887-0200
Email: sgoldblum@sogtlaw.com
*Counsel for Melanie E. Damian, as Receiver*

{02159763;v2 }

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

SECURITIES AND EXCHANGE COMMISSION, :
                                    :
                    Plaintiff,      :
                                    :
        v.                          :
                                    :   Civil Action No. 1:19-cv-08454
TODAY'S GROWTH CONSULTANT, INC.     :   (filed in the United States District
(dba THE INCOME STORE)              :   Court, Northern District of Illinois)
                                    :
and                                 :
                                    :
KENNETH D. COURTRIGHT, III,         :
                                    :
                    Defendants.     :
_____    :
                                    :
MELANIE E. DAMIAN, AS RECEIVER OF   :   Ancillary Case No.  20-cv-06546
TODAY'S GROWTH CONSULTANT, INC.     :
(dba THE INCOME STORE),             :
                                    :
                    Plaintiff,      :
                                    :
        v.                          :
                                    :
ASHER MILGROM, DANIEL GIORDANO,     :
DANIEL MEYER, and JDS CONSULTING    :
GROUP LLC,                          :
                                    :
                    Defendant.      :
_____    :

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on April 26, 2021 on all counsel or parties who have appeared in the above-styled action; and upon Defendant Daniel Meyer via email at dhmeyer34@gmail.com.

/s/ Kenneth Dante Murena
Kenneth Dante Murena,
*Counsel for Melanie E. Damian, as Receiver*
*(Admitted pro-hac vice)*

{02159763;v2 }