# *** Proof of Publication ***

Capital Newspapers Proof of Publication Affidavit

Retain this portion for your records.
Please do not remit payment until you receive your advertising invoice.

Mail to:

Damian & Valori LLP

c/o Melanie E. Damian as Receiver

1000 BRICKELL AVE STE 1020

MIAMI FL 33131

ORDER NUMBER     53230

STATE OF WISCONSIN
                                   } ss.
Dane County

_Arlene Stapp_

being duly sworn, doth depose and say that he (she) is an authorized representative of Capital Newspapers, publishers of

PWSJ          Wisconsin State Journal

a newspaper, at Madison, the seat of government of said State, and that an advertisement of which the annexed is a true copy, taken from said paper, was published therein on the dates listed below.

Sworn to and subscribed before me this _3_ day of _June_, 20_21_

(Signed) _Arlene Stapp_
(Title)            Principal Clerk

_Rebecca Herr_
                              Notary Public, Wisconsin

My Commission expires _October 14, 2024_

---

**UNITED STATES DISTRICT COURT**
for the
Eastern District of Pennsylvania
Civil Action No. 20-6546
MELANIE E. DAMIAN AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC. doing business as THE INCOME STORE
Plaintiff
vs
Asher Milgrom; Daniel Giordano; DANIEL MEYER; JDS Consulting Group LLC
Defendants
SUMMONS IN A CIVIL ACTION
To: JDS Consulting Group
902 Drake Street, Apt. 502
Madison, WI 53715-1608
A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
STEPHEN C. COLDBLUM
SEMANOFF, ORMSBY, GREENBERT & TORCHIA, LLC
2617 HUNGTINGDON PIKE
HUNTINGDON VALLEY, PA 19006
If you fail to respond judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.
CLERK OF COURT
/S/ Brian J. Weissman
Signature of Clerk or Deputy CLerk
December 30, 2020
WSJ: May 20, 27 and June 3, 2021-53230                           WNAXLP

---

Section: Legals
Category: 0100 LEGAL NOTICE
PUBLISHED ON: 05/20/2021, 05/27/2021, 06/03/2021

TOTAL AD COST:          144.28

FILED ON:               6/2/2021

REBECCA HENRECKSON
Notary Public
State of Wisconsin